# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Mesfin Woldeyohannes, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 23-cv-105 JWB/DJF |
| Martin J. O'Malley, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The December 28, 2023 Report and Recommendation (Doc. No. 18) is **ACCEPTED**;

2. Plaintiff's Request for Relief (Doc. No. 13) is **DENIED**;

3. Defendant's Request for Relief (Doc. No. 17) is **GRANTED**;

4. The Commissioner's decision is **AFFIRMED**; and

5. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE.**

Date: 2/20/2024                                                                          KATE M. FOGARTY, CLERK